**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Brent Lavelle Barbour**<br><br>Debtor(s) | **CASE NO. 16–62455**<br><br>**CHAPTER 7** |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

### O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be,

and the same hereby are, dismissed.

It is further

### O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's

bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is

made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon

proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

### O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to

the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor

or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s),

trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 1/31/17

_Rebecca B Connelly_
REBECCA B. CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:                                                                          Case No. 16-62455-rbc
Brent Lavelle Barbour                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-6          User: matherlyl          Page 1 of 1          Date Rcvd: Jan 31, 2017
                              Form ID: van02           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db          +Brent Lavelle Barbour,   107 Widgeon Ct,   Lynchburg, VA 24503-4011
4366002     +Lynchburg General Hospital,   1901 Tate Springs Road,   Lynchburg, VA 24501-1167
4366003     +Lynchburg General Hospital,   Physicians Billing,   1901 Tate Springs Road,
             Lynchburg, VA 24501-1109
4366006     +Mid America Bank,   PO Bx 400 West 2nd Street,   Dixon, MO 65459-0400
4366007     +Midland Credit,   2365 Northside Drive,   San Diego, CA 92108-2709
4366009     +SCA Collections,   1502 Williamson Ave,   Roanoke, VA 24012-5130
4366011     +United States Bankruptcy Court,   1101 Court Street,   Lynchburg, VA 24504-4596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4365998     +EDI: CAPITALONE.COM Jan 31 2017 21:58:00     Capital One,   PO Bx 30281,
             Salt Lake City, UT 84130-0281
4365999     +EDI: CHASE.COM Jan 31 2017 21:58:00     Chase Bank,   PO Bx 15298,   Wilmington, DE 19850-5298
4366000     +EDI: CRFRSTNA.COM Jan 31 2017 21:58:00     Credit First,   PO Bx 81315,
             Cleveland, OH 44181-0315
4366001     +E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2017 22:03:19     Dept. of Education,
             3015 Parker Road,   Aurora, CO 80014-2904
4366004     +EDI: TSYS2.COM Jan 31 2017 21:58:00     Macy's Credit,   PO Bx 8218,   Mason, OH 45040-8218
4366005     +EDI: MERRICKBANK.COM Jan 31 2017 21:58:00     Merrick Bank,   PO Bx 1500,
             Draper, UT 84020-1500
4366010     +EDI: RMSC.COM Jan 31 2017 21:58:00     SYN CB,   PO Bx 965036,   Orlando, FL 32896-5036
4366008      EDI: TFSR.COM Jan 31 2017 21:58:00     Toyota Financial,   5005 N. River Blvd.,
             Cedar Rapids, IA 52411
                                                                                TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
            Hannah W. Hutman(436156)   hhutman@hooverpenrod.com,  VA47@ecfcbis.com;jwhite@hooverpenrod.com
            USTrustee   USTPRegion04.RN.ECF@usdoj.gov
                                                                                TOTAL: 2